IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEXANDER BUSCH,<br><br>Plaintiff,<br>vs.<br><br>COLLEGE OF SAINT MARY,<br><br>Defendant. | **8:25CV446**<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that the unopposed motion to amend, Filing No. 27, is granted. The final progression order, Filing No. 26, is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for February 16, 2027 is continued and will be held with the undersigned magistrate judge on **April 13, 2027** at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| For the plaintiff(s): | Completed. |
| For the defendant(s): | January 11, 2027. |
| Plaintiff(s)' rebuttal: | March 11, 2027. |

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is April 13, 2027.

4) The deadline for filing motions to dismiss and motions for summary judgment is May 14, 2027.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 14, 2027.

6) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 27th day of October, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge